Commonwealth of Massachusetts

# SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT

MUNICIPAL COURT _____ Department
CHARLESTOWN _____ Division
SUFFOLK _____ ss

☐ Residential
☒ Commercial

Docket No. _____ (To be added by clerk's office)

Entry Date: Monday, May 27, 2019

## NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY
## ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE PARA DESALOJARLE - FAVOR DE LEER EL MISMO CON CUIDADO

TO DEFENDANT(S)/TENANT(S)/OCCUPANT(S): United States Postal Service
ADDRESS: 23 Austin Street     CITY/TOWN: Charlestown     ZIP: 02129

You are hereby summonsed to appear at a hearing before a Judge of the Court at the time and place listed below:

DAY: THURSDAY   DATE: June 6, 2019   TIME: 10:00AM   COURT NAME: Charlestown Court
COURT ADDRESS: 3 City Square, Charlestown MA 02129   ROOM: Main Courtroom

to defend against the complaint of PLAINTIFF/LANDLORD/OWNER:
Bunker Hill Mall LLC   c/o New England Development
of STREET 75 Park Plaza   CITY/TOWN: Boston   ZIP: 02116

that you occupy the premises at 23 Austin Street, Charlestown, Massachusetts

being within the judicial district of this court, unlawfully and against the right of said Plaintiff/Landlord/Owner because: your lease expired by its term on December 31, 2018 and you have failed to vacate.

and further, that $ n/a rent is owed according to the following account:

WITNESS:

HON. LAWRENCE E McCORMICK
First or Chief Justice

Robert B. Gibbons, Esq.
Printed Name of Plaintiff or Attorney

_[signature]_
Signature of Plaintiff or Attorney

May 10, 2019
Date of Signature of Plaintiff or Attorney

ACCOUNT ANNEXED (itemize)
Notices - Failure to Vacate Premises - (Exhibits A and B)

Mirick, O'Connell, DeMallie & Lougee
1800 West Park Dr., Suite 400
Westborough, MA 01581
Address of Plaintiff or Attorney

508.898.1501
Telephone Number of Plaintiff or Attorney

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT:** At the hearing on THURSDAY, June 6, 2019 you (or your attorney) must appear in person to present your defense. You (or your attorney) must also file a written answer to this complaint. An answer is your response stating the reason(s) why you should not be evicted and may, in residential cases, include any claims you have against the Landlord. (An Answer Form is available in the clerk's office whose telephone number is (617) 242-5400.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or mail) a copy on the landlord (or landlord's attorney) at the address shown above. **The Answer must be received by the court clerk and received by the landlord (or the landlord's attorney) no later than Monday,** June 3, 2019, which is the first Monday after the "entry date" listed above. The entry date is the day by which your landlord must file this complaint with the court clerk.

Page 1 of 2 Pages

Deputy Sheriff Suffolk County
A true copy Attest