UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BUNKER HILL MALL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:19-cv-11229-RWZ |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STATE COURT RECORD**

ALL COMMUNICATIONS SHOULD BE ADDRESSED TO THE CLERK



# Commonwealth of Massachusetts

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
FOR CIVIL BUSINESS
SUFFOLK COUNTY COURTHOUSE, 12TH FLOOR
THREE PEMBERTON SQUARE
BOSTON, MASSACHUSETTS 02108

MICHAEL JOSEPH DONOVAN
Clerk/Magistrate

*Clerk's Office*
SUFFOLK COUNTY

BOSTON, May 15, 2019

Robert M. Farrell, Clerk
United States District
Court for District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re : Wolff, Charles Jay vs. United States Department of Veterans Affairs

Civil Action No. 1784CV01506
US Dist #   19-cv-10773

Dear Clerk Farrell:

Enclosed please find certified copies of the Petition for Removal, docket sheet and pleadings.

The following original pleading are missing from our case file:

P#3:   Civil action cover sheet filed.($3,500,000.00)

P#10 : Plaintiff Charles Jay Wolff's Motion for the status of the above case

P#11:  Plaintiff Charles Jay Wolff's Motion to contact the Warden Zinn 1-603-271-1801 that all my property is with R N manager Robert McGrasis is evidence and will

P#13:  Plaintiff Charles Jay Wolff's Motion to Advise the Court regarding proof of service. (w/o opposition)

P#16:  Plaintiff Charles Jay Wolff's Motion for Reconsideration

P#18:  Plaintiff Charles Jay Wolff's Motion for Service

P#19:  Plaintiff Charles Jay Wolff's Motion for Requesting the date of my motion and certified mail return receipt green card was received at the Honorable Suffolk County Superior Court

P#20:  ORDER: Order Enforcing Earlier Order of October 16, 2017, and Setting Final Deadline for Service of Process

P#28 : Plaintiff Charles Jay Wolff's Motion for a Hearing

Page 1

ALL COMMUNICATIONS SHOULD BE ADDRESSED TO THE CLERK



# Commonwealth of Massachusetts

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
FOR CIVIL BUSINESS
SUFFOLK COUNTY COURTHOUSE, 12TH FLOOR
THREE PEMBERTON SQUARE
BOSTON, MASSACHUSETTS 02108

MICHAEL JOSEPH DONOVAN
Clerk/Magistrate

*Clerk's Office*
SUFFOLK COUNTY

BOSTON,                    , 200

P# 30: General correspondence regarding "Motion" (see P# 30)

P# 33: Plaintiff Charles Jay Wolff's Motion for Default

P# 34: Plaintiff Charles Jay Wolff's Motion to Advise the Honorable Court

P# 36: Entered as to: Defendant United States Department of Veterans Affairs: Defaulted by 55(a) request;

P# 37:  Plaintiff Charles Jay Wolff's Motion for demand for Judgment

P# 38:  Plaintiff Charles Jay Wolff's Motion for Oral Filing on All the Persons Who Used my US Department of Veterans Affairs Name and ID Number Prior to my Conviction without Evidence

P# 39:  Plaintiff Charles Jay Wolff's Motion for Payment of $1,000,000.00 for non payment of my Education Benefits for 1970, 1971, 1972, 1973, and 1974.

P# 40: Plaintiff Charles Jay Wolff's Motion for Court Ordered payment of $3,500,000.00 to the Plaintiff

If you have any question please do not hesitate to call at <u>(617) 788-7612</u>.

Very Truly Yours,

*Bei Liang*

Bei Liang
Case Specialist II



**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
Docket Report

### 1784CV01506 Wolff, Charles Jay vs. United States Department of Veterans Affairs

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Civil Actions with Incarcerated Party | **FILE DATE:** | 05/16/2017 |
| **ACTION CODE:** | PB1 | **CASE TRACK:** | A - Average |
| **DESCRIPTION:** | Tortious Action involving an Incarcerated Party | | |
| **CASE DISPOSITION DATE** 05/13/2019 | | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 09/15/2017 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil G |

| PARTIES | |
|---|---|
| **Plaintiff**<br>Wolff, Charles Jay<br>New Hampshire State Prison<br>#70079<br>PO Box 14<br>Concord, NH 03302 | **Attorney** **PROPER**<br>Pro Se<br>Massachusetts Bar<br>Added Date: 05/16/2017 |
| **Defendant**<br>United States Department of Veterans Affairs<br>810 Vermont Avenue NW<br>Washington, DC 20420 | **Attorney** **552934**<br>Michael P Sady<br>United States Attorney's Office<br>United States Attorney's Office<br>1 Courthouse Way<br>Boston, MA 02110<br>Work Phone (617) 748-3100<br>Added Date: 04/29/2019 |

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
Docket Report

| | | INFORMATIONAL DOCKET ENTRIES | |
|---|---|---|---|
| **Date** | **Ref** | **Description** | **Judge** |
| 05/16/2017 | | Attorney appearance<br>On this date Pro Se added for Plaintiff Charles Jay Wolff | |
| 05/16/2017 | | Case assigned to:<br>DCM Track A - Average was added on 05/16/2017 | |
| 05/16/2017 | 1 | Affidavit of Indigency and request for waiver substitution of state payment<br>of fees and costs filed without Supplemental affidavit<br>ALLOWED, subject to review by judge | |
| 05/16/2017 | 2 | Original civil complaint filed. | |
| 05/16/2017 | 3 | Civil action cover sheet filed.($3,500,000.00) | |
| 05/17/2017 | 4 | ORDER: To Denise Drury to provide certain information regarding inmate<br>account relative to plaintiff's Motion to waive filing fee and proceed in<br>Forma Pauperis. (Rosemary Connolly, Justice)     Notice Sent<br>05/17/2017 | Connolly |
| 05/17/2017 | 5 | ORDER: After a review of your petition and correspondence, the Court has<br>instructed the Clerk's Office to take the following action:  Service is to be<br>made upon defendant(s) by means of certified mail at the plaintiff's<br>expense, and you must return to the court the original summons with the<br>green receipt card for each defendant.   (Rosemary Connolly, Justice)<br>Notice Sent<br>05/17/2017 | Connolly |
| 05/17/2017 | | General correspondence regarding One summons mailed to plaintiff this<br>day | |
| 05/17/2017 | | General correspondence regarding On 05/17/2017, Order P#4 sent to<br>Denise Drury, Inmate Accounts, to fax order to NEW HAMPSHIRE STATE<br>PRISON requesting a canteen account for (6) months. | |
| 05/26/2017 | 6 | Plaintiff Charles Jay Wolff's  Motion to<br>issue  a  Court  order | |
| 06/01/2017 | 7 | Plaintiff Charles Jay Wolff's  Motion to<br>fill  out inmate request slip  regarding  information  to the  Suffolk<br>Superior Court | |
| 06/07/2017 | 8 | Plaintiff Charles Jay Wolff's  Motion to<br>Request protection from the Suffolk Superior Court | |
| 06/16/2017 | 9 | Service Returned for<br>Defendant United States Department of Veterans Affairs : Service via<br>certified mail;  NO RETURN RECEIPT CARD. | |
| 06/30/2017 | 10 | Plaintiff Charles Jay Wolff's  Motion for<br>the  status  of  the above  case | |
| 07/05/2017 | 11 | Plaintiff Charles Jay Wolff's  Motion to<br>contact  the  Warden Zinn  1-603-271-1801  that  all  my  property is with<br>R N  manager  Robert McGrasis  is  evidence  and will<br>be  picked up  Massachusetts  authorities | |

| 07/06/2017 | | Endorsement on Motion for Court Order (#6.0): DENIED without prejudice to be refilled in a typed form to permit the Court to better understand the basis for plaintiff's motion and the specific relief requested (dated 6/30/17) notice sent 7/5/17 | Connolly |
|---|---|---|---|
| 07/06/2017 | | Endorsement on Motion to fill out inmate request slip regarding information to the Suffolk Superior Court (#7.0): DENIED (dated 6/30/17) notice sent 7/5/17 | Connolly |
| 07/06/2017 | | Endorsement on Motion of Request for Protection for the Suffolk Superior Court (#8.0): DENIED (dated 6/30/17) notice sent 7/5/17 | Connolly |
| 07/11/2017 | 12 | ORDER: Order Requiring Filing of Proof of Service of Process (see P#12 for order) (dated 7/11/17) notice sent 7/11/17 | Wilson |
| 07/14/2017 | 13 | Plaintiff Charles Jay Wolff's Motion to Advise the Court regarding proof of service. (w/o opposition) | |
| 07/18/2017 | 14 | ORDER: Notice of Waiver of Court costs and request for payment to be withdrawn from account (Pursuant to G.L. c. 261 sec. 29) The prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders: The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis. (Paul D. Wilson, Justice) Notice Sent 07/18/2017 | Wilson |
| 09/15/2017 | 15 | JUDGMENT OF DISMISSAL (1-88) entered, service not completed for any party by deadline review.<br><br>Applies To: United States Department of Veterans Affairs (Defendant) | |
| 09/15/2017 | | Document:<br>A Judgment of Dismissal 1-88 was generated and sent to:<br>Plaintiff: Charles Jay Wolff | |
| 09/15/2017 | | Disposed for statistical purposes | |
| 09/28/2017 | 16 | Plaintiff Charles Jay Wolff's Motion for Reconsideration | |
| 10/06/2017 | 17 | Plaintiff Charles Jay Wolff's Motion to reopen the case | |
| 10/17/2017 | | Endorsement on Motion to (#17.0): ALLOWED to request to reopen case The Judgment of Dismissal is VACATED plff is to again attempt services by certified mail with the return receipt to be addressed to Timothy Walsh Asst Clerk Civil Clerk's Office Suffolk Superior Court 3 Pemberton Square Boston Ma 02108 Notice Sent 10/16/17<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 10/19/2017 | 18 | Plaintiff Charles Jay Wolff's Motion for Service | |
| 11/01/2017 | 19 | Plaintiff Charles Jay Wolff's Motion for Requesting the date of my motion and certified mail return receipt green card was received at the Honorable Suffolk County Superior Court | |

| | | | |
|---|---|---|---|
| 11/14/2017 | | Endorsement on Motion to Request Date (#19.0): No Action Taken<br>See my Order Enforcing Earlier Order of October 16, 2016 signed today<br>(dated 11/10/17) Notice sent 11/13/17<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 11/14/2017 | | General correspondence regarding Motion sent in by Plaintiff requesting<br>the Judge review submitted evidence:<br>These Documents are ORDERED returned to the Plaintiff. They are<br>prematurely filed, because the plaintiff has not yet served this lawsuit on<br>defendant. They are also unaccompanied by any motion, and so there is no<br>basis for this court to receive or review this (Original documents returned to<br>Charles Jay Wolf 11/14/17, copies placed in file) (dated 11/10/17) notice<br>sent 11/13/17<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 11/14/2017 | 20 | ORDER: Order Enforcing Earlier Order of October 16, 2017, and Setting<br>Final Deadline for Service of Process<br>I ORDER that that plaintiff provide the clerk with proof that he served<br>defendant with the summons and complaint by a final deadline of<br>December 11, 2017. In other words, the clerk must receive the green postal<br>receipt, showing that the summons and complaint have been received by<br>defendant, by that date. Plaintiff must serve the summons and complaint<br>by mailing to the defendant, and plaintiff may direct the Postal Service to<br>return the green receipt to plaintiff himself (as is the usual practice) or<br>plaintiff may instruct the Postal Service to sent the green receipt directly to<br>the clerk, if he so chooses. But, in either case, the clerk must receive that<br>green postal receipt by December 11, 2017 or this case will be dismissed<br>(see P#20 for full order) (dated 11/10/17) notice sent 11/13/17<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 11/29/2017 | 21 | Plaintiff Charles Jay Wolff's  Request for<br>the Honorable Court and his Honor Justice Paul D Wilson then<br>reissue the  summons  in order for  the  plff  to  serve the  said<br>deft | |
| 12/04/2017 | | Endorsement on Motion to (#21.0): ALLOWED<br>regarding reissue the  summons   The clerk is  directed to send plff<br>another summons  the  final deadline for  plff  to  file  proof  tthat<br>he served the summons and complaint - see my order of November<br>14, 2017  extended  to  January  11,  2018   Notice sent<br>12/6/17<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 12/13/2017 | | General correspondence regarding Mailed a new summons to Mr. Wolff on<br>DECEMBER 13, 2017 | |
| 12/22/2017 | 22 | Plaintiff Charles Jay Wolff's  Motion and<br>re:  Summons  (see complete  motion) | |
| 01/08/2018 | 23 | Plaintiff Charles Jay Wolff's  Motion in<br>regarding  receiving  a  new  summons | |

| Date | No. | Entry | Judge |
|---|---|---|---|
| 01/10/2018 | | Endorsement on Motion of (#23.0): No Action Taken<br>Notice Sent : 01/10/18<br><br>(01/10/18) NO ACTION taken as request is moot.<br><br>Judge: Ricciuti, Hon. Michael D | Ricciuti |
| 01/11/2018 | 24 | Plaintiff Charles Jay Wolff's  Motion to<br>return  summons  regarding  extra thirty  days to  have  return  of  service | |
| 01/12/2018 | | Endorsement on Motion to (#24.0): DENIED<br>Plff shall  serve the  summons  provided him forthwith    Notice sent<br>1/16/18<br><br>Judge: Ricciuti, Hon. Michael D | Ricciuti |
| 01/25/2018 | | Endorsement on Motion and ALLOWED.  Clerk shall issue a formal;<br>printed order that reflects the Court's handwritten order.  Any violation of<br>either order will be sanctionable before this court. (#22.0): ALLOWED<br><br>Judge: Ricciuti, Hon. Michael D | Ricciuti |
| 02/12/2018 | 25 | Plaintiff Charles Jay Wolff's  Motion for<br>(Ref #24) Hand  written  note ("  Denied  shall  serve  the Summons<br>Provided him (forthwith)" | |
| 02/12/2018 | 26 | General correspondence regarding Plff  to " understand the  issue  at  hand<br>(1) Her  Honor  Rosemary  Connolly  issued  an order (Please<br>Exhibit (A) ) Number (5) DTD  5/17/17) | |
| 02/14/2018 | | Endorsement on Motion for (Ref #24) Hand  written  note (#25.0):<br>ALLOWED<br>Notice Sent : 02/14/18<br><br>(2/14/18) ALLOWED<br><br>Judge: Ricciuti, Hon. Michael D | Ricciuti |
| 02/15/2018 | 27 | Service Returned for<br>Defendant United States Department of Veterans Affairs : Service via<br>certified mail;  (Stamped Date from Dept of Veterans Affairs 12/15/2017) | |
| 06/08/2018 | 28 | Plaintiff Charles Jay Wolff's  Motion for<br>a Hearing | |
| 06/12/2018 | | Endorsement on Motion for Hearing Date (#28.0): Other action taken<br>The Clerk's Office will forward a copy of this motion and endorsement to<br>the Defendant. The defendant shall have 60 days to file a response with<br>the Court. The response may include a motion to Dismiss. If so the<br>Defendant shall provide plaintiff with a copy and plaintiff shall have 30<br>days from the date on any motion to Dismiss to file a Response with the<br>Court. Court's action is otherwise deferred at this time (dated 6/11/18)<br>notice sent 6/12/18<br><br>Judge: Connolly, Hon. Rosemary | Connolly |
| 06/25/2018 | 29 | Plaintiff Charles Jay Wolff's  Motion in<br>Regards to Serving of Motion Papers | |
| 06/27/2018 | 30 | General correspondence regarding "Motion"  (see P# 30) | |

| 06/29/2018 | | Endorsement on Motion in Regards to Serving Motion Papers (#29.0): DENIED<br>All Process shall be served in accordance with MRCP Rule 5 (dated 6/28/18) notice sent 6/29/18<br><br>Judge: Connolly, Hon. Rosemary | Connolly |
|---|---|---|---|
| 07/27/2018 | 31 | General correspondence regarding Letter regarding correspondence (see complete letter) | |
| 07/27/2018 | 32 | ORDER: Order Concerning Filing and Service of Motions (see P#32) (dated 7/26/18) notice sent 7/27/18<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 08/17/2018 | 33 | Plaintiff Charles Jay Wolff's Motion for Default | |
| 09/12/2018 | 34 | Plaintiff Charles Jay Wolff's Motion to Advise the Honorable Court | |
| 11/02/2018 | 35 | Plaintiff Charles Jay Wolff's Motion for a Writ against United States Department of Veterans Affairs | |
| 11/08/2018 | | Document:<br>A Default order Mass. R. Civ. P. 55(a) was generated and sent to:<br>Plaintiff: Charles Jay Wolff<br>Defendant: United States Department of Veterans Affairs | |
| 11/08/2018 | 36 | Entered as to:<br>Defendant United States Department of Veterans Affairs: Defaulted by 55(a) request; | |
| 11/09/2018 | | Endorsement on Request for Writ Against US Department of Veterans Affairs (#35.0): Other action taken<br>Defendant was served with process in this case on Dec. 15, 2017. Defendant has ignored Judge Connolly's Order of June 12, 2018 requiring filing within 60 days of that date. Therefore Defendant is DEFAULTED (dated 11/8/18) notice sent 11/8/18<br><br>Judge: Wilson, Hon. Paul D | Wilson |
| 11/21/2018 | 37 | Plaintiff Charles Jay Wolff's Motion for demand for Judgment | |
| 12/12/2018 | 38 | Plaintiff Charles Jay Wolff's Motion for Oral Filing on All the Persons Who Used my US Department of Veterans Affairs Name and ID Number Prior to my Conviction without Evidence | |
| 01/07/2019 | 39 | Plaintiff Charles Jay Wolff's Motion for Payment of $1,000,000.00 for non payment of my Education Benefits for 1970, 1971, 1972, 1973, and 1974. | |
| 04/19/2019 | 40 | Plaintiff Charles Jay Wolff's Motion for Court Ordered payment of $3,500,000.00 to the Plaintiff | |
| 04/29/2019 | | Attorney appearance<br>On this date Michael P Sady, Esq. added for Defendant United States Department of Veterans Affairs | |



# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

| | | |
|---|---|---|
| 04/29/2019 | 41 | Notice of Removal to the United States District Court filed by |
| | | Defendant (US Dist # 19-cv-10773) |
| | | Applies To: United States Department of Veterans Affairs (Defendant) |
| 05/13/2019 | | REMOVED to the U.S. District Court of Massachusetts |

I HEREBY ATTEST AND CERTIFY ON

May 15, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

  MICHAEL JOSEPH DONOVAN
  CLERK / MAGISTRATE
  SUFFOLK SUPERIOR CIVIL COURT
  DEPARTMENT OF THE TRIAL COURT

BY:

Asst. Clerk

**CourtView Justice Solutions**                                    Suffolk County Civil

---

## Docket Maintenance

Functions»CV Summary»Docket Maint»

---

**1784CV01506 Wolff, Charles Jay vs. United States Department of Veterans Affairs**

| | | |
|---|---|---|
| * Filed Date | 05/16/2017 | Pages | 1 |
| * Docket Entry | Affidavit of Indigency and Request | Owed | |
| | | Dismissed | |
| | | Paid | |
| Attorney Name | | Journal Name | |
| Judge | | Journal Book | |
| Document Location | | Starting Page | |
| Credit Time Eligible | ☐ | Docket Nbr | |
| Appeal Book | ☐ | Document Nbr | |
| | | File Ref Nbr | 1 |

**Docket Text**

Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed w
ALLOWED, subject to review by judge

I HEREBY ATTEST AND CERTIFY ON
May 15, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

Entered By PREAUNG Entered Date 05/16/2017 11:34 AM Updated By PREAUNG Updated Date 05/16/2017 11:35 AM

---

## Docket Variable Language

**Variable Language Text Template**

Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed {WWO} Supplemental affidavit

**Variable Language Responses**

| With / Without | * With / Without |
|---|---|
| | without ▼ |

**Additional Variable
Language Text**

ALLOWED, subject to review by judge

## Docket Participants

### Selection Criteria

| | Party Type | | Include Attorney |
|---|---|---|---|
| ☐ | Plaintiff | ☐ | |
| ☐ | Defendant | ☐ | |
| ☐ | Keeper of Record | ☐ | |
| ☐ | Other interested party | ☐ | |
| ☐ | Holding Institution | ☐ | |

### Participant(s)

| | Party/Alias | Type | Disposition | Dismissed Date |
|---|---|---|---|---|
| ☐ | Wolff, Charles Jay | Plaintiff | Active | |
| ☐ | Attorney Pro Se | | | |
| ☐ | United States Department of Veterans Affairs | Defendant | Defaulted by 55(a) request | 11/08/2018 |
| ☐ | Attorney Sady, Esq., Michael P | | | |

## Dynamic Downstream Process

| Sort Seq | Form Action | Message Text | Visited |
|---|---|---|---|
| | | | |

## Restrict Docket

## Restrict Document

Copyright © 2019 CourtView Justice Solutions, Inc., an equivant company

**2**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT CIVIL
ACTION

NO. 17 - 1506 B

CHARLES JAY WOLFF ~7007q Plaintiff (s)
SOUTH DIVISION 1A
vs. 201 NORTH STATE STREET
CONCORD, NH 03301

UNITED STATES ~~DEPT VETERAN AFFAIRS~~ Defendant (s)
810 VERMONT AVENUE N.W.
WASHINGTON, D.C. 20420.

COMPLAINT

please see attached THIS IS "C"

① I VA no BOSTON, MA FAILED TO VERIFY THAT UNSIGNED letter
from 26 Jedgewood RD FRAMINGHAM, MA 01701 USING MY
Name & in CN. 25-513-242 AND PUT a CHANGE OF ADDRESS
TO 26 Jedgewood RD FRAMINGHAM, MA 01701 NOT MY Home at
846 WILDER JONES LOWELL, MA 01851 NOW TAKING MY B
DISABILITY CHECKS NOT TO ME BUT TO 26 Jedgewood RD
FRAMINGHAM, MA 01701 AGAIN TO MY TAPE WITH NO EVIDENCE
2. THAN AFTER THIS IN PERSON NOT X AND IDA 3rd TIME THIS

HUSBAND FILE POUT IN CENTER WITH THE SAME VA
BOLSIM MA From 6 HARTON CIRCLE NATICK MA 01760 NOT
IN NO VA DANA THE SAME VA FAILED TO VERIFY
THAN FOUR RECORD THE CLAIM TO BE FROM THEY
ALL WELL OFF.                                   (OVER)

③ Please See ATTACH "C".

④ 26 Jedgewood RD FRAMINGHAM, MA 01701 Need MY SSDI CHECKS
FOR OVER 12 YEAR ACCORDING TO ARMY SOCIAL
SECURITY Baltimore MD WHEN APRIL 6 2th WHEN
ONE CALL IN

Payment Stopped.

(2)

EXHIBIT D MY SS DISABILITY PAYMENTS REDUCED TO 10% FOR 61 DAYS FROM MAY 2ND 1996

EXHIBIT E I WILL CONTACT NASA WITH A FALSE COMPLAINT. ALL PHONES ARE COMPROMISED I HAVE NO MONEY TO DO THIS FAKE PROCESS

(F) THE STATUE OF LIMINATIONS IS NOT IN

EFFECT FOR I AM STILL PAYING

BACK THE U.S. DEPARTMENT OF VETERANS AFFAIRS MY OWN STOLEN U.S. TAX PAID DISABILITY

PAYMENTS.

G- ALL MONEYS, ASSETS, PROPERTY WILL BE PAID BACK TIME IN PERPETUITY. AS THEY STILL DUE I HAD BY DIRECT INTENSIONAL AND WILLFUL ACTIONS TO COMMIT THE FRAUD AND THAT FOR MY DEMISE BELIVING THEY WOULD GET AWAY WITH THE DECEPTION BY FRAUD

H. I AM THE VICTIM OF AND BY LUST TO COMMIT FRAUD BY GREED.

# ADDENDUM                    1 OF 4

I HEREBY REQUEST THAT FALSE IMPRISONMENT BE BROUGHT AGAINST THE STATE OF NEW HAMPSHIRE BY THE HONORABLE COURT.

A. I HAVE BEEN IN CUSTODY BY THE STATE OF NEW HAMPSHIRE SINCE MAY 2, 1996 FOR A CRIME THAT NEVER TOOK PLACE WITHOUT EVIDENCE

B. I HAVE BEEN DENIED MY 1ST, 8TH, AND 14TH ADMENDMENT OF THE UNITED STATES CONSTITUTION AND CH 19 , MASSACHUSETTS CH            .

1. PROPER NUTRITION SINCE 2ND WEEK FEBRUARY 2006

2. MEDICAL MALPRACTICE

3. DENTAL DESTRUCTION AND DENTAL MALPRACTICE REFUSED DENTAL

4. I HAVE BEEN REFUSED GAINFUL EMPLOYMENT

5. I'VE BEEN REFUSED HOBBY CRAFT.

ADDENDUM                                    2019

G ON AUGUST 31ST 2016 GUARD
VICTORA L            AND ZIM
KEVIN BLOOD TOOK 20 BOXES
OR MY PROPERTY FROM THE LOCKER
CLOSET. AND THREW 6 BOXES IN
THE DUMPSTER. I RECIVED ONLY
14 BOXES BACK. ORDERED BY WARDEN
MICHAEL A ZENK. MAJOR JON POUST
WHO TOLD ME THAT BY FEDERAL
LAW I CAN ONLY "2 SEPT OF LEGAL WORK
TO KEEP AND THE NEW ATTORNEY GENERAL
(WHO WOULD OF BEEN JOE FOSTER THAT
HE C MAJOR J. N POUST) HAS THE
LEGAL RIGHT TO THROW ALL MY
PROPERTY IN THE DUMPSTER
THIS WAS ON WEDNESDAY 18TH FEBRUARY 2019
     THEN LT James Brown CFM Gary Howard
UNIT MANAGER TO G THREW ALL My PROPERTY
AND A DWY J123 OLL My LEGAL WORK AND
PERSONAL PROPERTY
     MAJOR JON POUST TOLD ME THAT

"THEY HAVE BEEN SUED SEVERAL TIMES AND EACH CASE WAS SUSTAINED."

AFTER GOING THRU ALL MY 14 OUT OF 20 BOXES. OVER 300 BOOKS I WROTE BY TYPING FROM 2005 TILL APRIL 2.16. WERE TRASHED BY STAFF VICTORIA LAMONTAGEH IN MY OWN BLOOD.

EXAMPLES OF MY COPYRIGHED WORK
1. "FELICITY'S ADVENTURES TXU-1-181-419"
2. "A FEW MOMENTS IN TIME TXU-1-876326"
3. "WITH SCREAM AND A DING AND A DONG"

PLEASE NOTE I HAD NO MONEY TO COPYRIGHT ALL THE REST OF MY BOOKS I WROTE

UM ROBERT MCGRATH LOCKED ALL THE BALANCE OF NEED LEGAL EVIDENCE AND MY PROPERTY IN HIS OFFICE. I ASKED UM MCGRATH IF I GO THRU MY LEGAL WORK BUT LESS THAN 12" TO GET SOME NEEDED EVINENCE UM MCGRATH REPLY "No". ON 04/04/2019 BOWDOINHAM RH. THE ELEVATOR SET PNING BOTTERS HAD ME HA HA I TRASHED ALL YOUR LEGAL WORK BEFORE R IS NUT. ALL

4 of 4

UD YOUR IN A WHEEL CHAIN, WHO TOLD
YOU TO TRASH MY LEGAL WONK LO.
BROWN AND MCGRAPH.

DATE 05/09/2017.

RESPECTFULLY SUBMITTED BY
Charles J. Wolff
CHARLES JAY WOLFF

May 9, 2017
Merrimack County
New Hampshire

Mary a Kelly

MARY A. KELLEY
NOTARY PUBLIC
MY COMMISSION EXPIRES 10/01/19

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

First Asst. Clerk

ADDENDUM
OF ANOTHER DEFENDANT MATHEW KIDD 1-A2

ON AUGUST 8TH, 2010 AT THE
REQUEST OF MR. CJ JALIL RIAHI, MAIS, MAIS-74
ITS, FOIA/PRIVACY ACT DECISION TEAM U.S. DEPT OF
VETERANS AFFAIRS 810 VERMONT AVENUE N.W.
WASHINGTON, DC 20420. @ 1-202-461-7762
THIS WAS A TUESDAY, MR J" DURING A CONFERENCE
CALL IN CHAPLAIN JAMES DALYS OFFICE. WE WERE
INSTRUCTED. TO (CNOW DEPTNDORT) PAL 1.603.
MY GUIDANCE FILE TO SPECIAL AGENT MATHEW KIDD
WHICH CHAPLAIN JAMES DALY DID DIRECTLY I
PLAINLY BELIEVE SPECIAL AGENT MATHEW KIDD FROM
THE 10 275 CHESTNUT STREET MANCHESTER, NH 03101
IS THE SAME SAME AGENT WHO CAME TO SEE ME
IN JUNE 2009 WHO TOLD ME I WILL BE
BACK IN TWO WEEKS WITH THE CHECK (X)
I SUSPEND WE WILL PASS YOU, SGT Andrew
NEWCOME TOLD THE SPECIAL AGENT I WRITE
ALL OVER MY GUIDANCE THAT WERE THE
PRESIDENT A PRESIDENT GEORGE W BUSH AND
SENATOR EDWARD M (TEDDY) KENNEDY NEVER
LEFT THE SYSTEM DECEMBER 2008.

THE SPECIAL AGENT CAME HERE AT THE
DIRECT REQUEST OF ATTORNEY DON PENSOTTE ESQ
BLDG # 4/6 245 MURRAY DRIVE WASHINGTON D.C
20223 A VERY CONCERNED PERSON ABOUT

MY SELF A 100% PERM AND TOTALY DISABLED VETERAN 20172

VICTIM OF V. SSDI ID FRAUD. I THANK THE

ATTORNEY AND PERSONNELS CIVILIAN.

SPECIAL NEED PROTECTION TO THE JOB

TO PROTECT THE DISABLED VETERAN

FROM FRAUD.

MR "J" 1-202-461-7762 CAN SUPPLY

THAT HONORABLE COURT WITH SPECIAL

AGENT # 1-603-202.461-7762

RESPECTFULLY SUBMITTED BY!

CHARLES JAY WOLPP

May 9, 2017
Merrimack County
New Hampshire

MARY A. KELLEY
NOTARY PUBLIC
MY COMMISSION EXPIRES 10/02/19

1.P4

THE FOREGOING EVIDENCE PROVES WITH-
OUT QUESTION THE UNITED STATES DEPART-
MENT OF VETERANS AFFAIRS.

1. FAILED TO PROTECT CHARLES JAY
   WOLFF A 100% PERM AND
   TOTALLY DISABLED VETERAN
   FROM VA ED FRAUD.

   A. PRIOR TO HIS CONVICTION WITHOUT
      EVIDENCE

      A CAROL ANN GONGLICH BROUGHT
        FALSE CHARGES AGAINS THIS
        DISABLED VETERAN IN
        CONJUCTION TO COMMIT VA
        SSDI FRAUD WITH ROBERT,
        LAWRENCE BROTHERS OF THE
        PLAINTIFF.

   2. THE VA BOSTON, MA @ JFK
      FEDERAL BUILDING FAILED TO
      VERIFY THE CHANGE OF
      ADDRESS AND JUST PUT IN
      A CHANGE OF ADDRESS

2 OR #

THE VA JFK BUILDING RO BOSTON, MA
SHOULD OF CONTACTED THE PLAINTIFF
TO VERIFY IF THE CHANGE OF ADDRESS
WAS CORRECT.

3. WITH THE SAME VA JFK BUILDING
BOSTON, MASS RECEIVED A FORM
21-4138 (JP) FROM CAROL ANN GINTLICK
FROM NH THE BOSTON, MA VA SHOULD
OF SENT THT APPLICATION TO NH VA
373 MONCHESTER, NH 03101.

   A BOSTON VA VA ALL FAILED TO
   VERIFY THE FORM INCOME
   OF DIVORCE E AND CAROL ANN
   GINTLICK

   B THE GINTLICKS DID NOT CONTACT
   NH CHILD SUPPORT AGENCY
   TILL THEN THEY ANT RECEIVING
   THT PLAINTIFF CHILD SUPPORT
   FROM THE VA ON BEHALF OF THE
   VETERANS AND FATHER OF HIS THREE
   WONDERFUL CHILDREN.

3 of 4

C. THAT NH CHILD SUPPORT DIVISION
STATED I OWE ALL, 0 00 4 PLUS IN BACH
CHILD SUPPORT.

1. CAROL AND GINELICK WENT TO MY
DISTRICT COUNSEL RANDELL E + JUDY
WILBERT WITH GAVE THE CASE TO
NSTY ANDREW J. PILLE.

A THAT ABOUT ATTYS FAILED TO
COUNTER THAT B TO SEE IF
THE GINELICK(S) WERE RECEIVING
CHILD SUPPORT THRU THE B

B. TAT THE TIME THE GINELICKS
HAD RECEIVE OVER $3,000
ON BEHALF OF MY THREE WRONGLY
CLAIM...

C THE FINAL RESULT NH B THAT WOULD
FAMILY DIVISION GAVE THE B CHILD
SUPPORT TO CAROL AND DONALD E
GINELICK WHO ALSO WAS RE
RECEIVING SOCIAL SECURITY
BENEFITS.

4 · r 4

RESPECTFULLY SUBMITTED BY

*Charles J Wolff*

CHARLES JAY WOLFF

May 9, 2017
Merrimack County
New Hampshire

*Mary A Kelley*

MARY A. KELLEY
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/01/19

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

**4**

Civil Docket #: SUCV2017-001506-G

Charles Jay Wolff, #70079
        Plaintiff(s)

vs
United States Department of Veterans Affairs
        Defendant(s)

**Mr. Charles Jay Wolff, #70079**
New Hampshire State Prison
281 North State Street
Concord, NH  03301

### ORDER TO MS. DENISE DRURY TO PROVIDE CERTAIN INFORMATION REGARDING INMATE ACCOUNT RELATIVE TO PLAINTIFF'S MOTION TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS

The plaintiff in the above captioned action has filed a motion to waive the filing fee

and court costs (normal) and to proceed in forma pauperis.

Pursuant to G.L. c261 s29, the correctional facility where the prisoner is currently

incarcerated shall file a document showing the current status of the plaintiff's canteen

account and savings account, if any, and the account activity for the past six (6) months.

The document shall be filed within thirty (30) days of the date of this order.  The statement

is to be mailed to:

**SUFFOLK SUPERIOR COURT**
**CIVIL CLERK'S OFFICE**
**PRISONER DEPARTMENT, ROOM 1203**
**THREE PEMBERTON SQUARE**
**BOSTON, MA.  02108**

Dated at Boston, Massachusetts this 17th day of May, 2017.

By the Court, (Rosemary Connolly, Justice)

| | |
|---|---|
| **NOTICE SENT:** | **05/17/2017** |
| **C.J.W.** | **D.D.** |
| **(Pro Se)** | **SR. ACCT. TECH.** |

BY: *Margaret M. Sellon*
           Assistant Clerk

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
First Asst. Clerk



Commonwealth of Massachusetts
County of Suffolk
The Superior Court

Civil Docket#: **SUCV2017-01506-G**

RE:   **Charles Jay Wolff, #70079 vs United States Department of Veterans Affairs**

TO:   **Mr. Charles Jay Wolff, #70079**
New Hampshire State Prison
281 North State Street
Concord, Ma.  03301

### ORDER

**ORDER:** After a review of your petition and correspondence, the Court has
instructed the Clerk's Office to take the following action: Service is to be made upon
defendant by means of certified mail at the plaintiff's expense,  and you must return
to the court the original summons with the green return receipt card for each defendant.

Dated at Boston, Massachusetts this 17rd day of May, 2017

By the Court,  (Rosemary Connolly, Justice)

**NOTICE SENT:    05/17/2017**
C.J.W,        . N.A.W.
(Pro Se);    . D.O.C.

I HEREBY ATTEST AND CERTIFY ON

May 14, 2019        , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

First Asst. Clerk

Michael Joseph Donovan,
Clerk of the Courts

BY:
Assistant Clerk

05.31                                                    6

THE STATE OF MASSACHUSETTS

SUFFOLK COUNTY                          SUPERIOR COURT

                    MOTION          (17-1506-G)

                    TO ISSUE A COURT ORDER TO

MASSACHUSETTS STATE POLICE TO PICK
UP ALL MY INMATE CASH WITHDRAWL SLIP BY
COURT ORDER FOR NHSP INMATES ACCOUNT
RETAIN ALL OF MY INMATE CASH WITHDRAWL SLIP
AS EVIDENCE AGAINST THE DEPARTMENT OF
DEPARTMENT OF VETERANS AFFAIRS

1. THAT L.COLLIN OR INMATE ACCOUNT
ON THE TOP TWO FLOOR 105 PLEASANT
STREET C. N.C. N.H. N.H. 03301

REGARDS: I IM ACCOUNT REFUSED TO PROVIDE
            THAT EVIDENCE FOR MY CASE
            I'M SITTING THEY NEED A COURT
            ORDER TO MOVE

Denied without prejudice     RESPECTFULLY SUBMITTED BY:
to be refiled in a typed          Darla Jo Wolff
form to permit the Court     [signature] JAY WOLFF
to better understand
the basis for
Plaintiff's Motion
and the specific
relief requested
6/3/19                                Notice sent
                                      7/05/2017
                                      C. J. W.

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019
, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk

06·05                                          ↘7/3

COMMONWEALTH OF MASSACHUSETTS
            COUNTY OF SUFFOLK
                  THE
            SUPERIOR COURT

7

Notice sent
7/05/2017
C. J. W.

(sc)

CIVIL DOCKET # SUCV 2017-01506-6

NO. CHARLES JAY WOLFF W. UNITED STATES DEPT OF VETERAN DMIN

Motion

TO ADVISE THE HONORABLE COURT

THIS AM MY COUNSELER DANIEL MCDONOUGH
AND I SPOKE IN THE OFFICE AT WHICH
TIME MR MCDONOUGH TOLD ME THAT
INMATE ACCOUNTS WANTED ME TO
FILL OUT A INMATE REQUEST SLIP
GIVING PERMISSION TO INMATE ACCOUNT
COMPLY WITH SUFFOLK COUNTY
SUPERIOR COURT REQUEST
1. I DID FILL OUT THE INMATE REQUEST
SLIP GIVING MY PERMISSION TO PROVIDE
ANY AND ALL INFORMATION TO THE
SUFFOLK SUPERIOR COURT ON FRIDAY THE
26TH DAY OF MAY 2-17 AND I
ENCLOSE A COPY OF MY (IN) TO THE
HONORABLE COURT, THIS # THE NEW FEE REQUEST

2 of 2

REAS.N'l My moThr IS To JUPPort
How, THE N.H.S.P. TRIED To
STALL or comPLY WITH MY
NEEDS or CourT ORDER.
SUBMITTED BY:

Charles Joy Wolff

CHARLES JAY WOLFF

roinny
26TH Day May 2,1)

WITNESSED BY _____ #76367

Seth Skillin #76367

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

First Asst. Clerk

113

8

THE STATE OF MASSACHUSETTS

SUFFOLK COUNTY                  06.09              SUPERIOR COURT

NO. 1784cv01506

MOTION

Notice sent
7/05/2017
C. J. W.

(sc)

THE PLAINTIFF REQUEST PROTECTION FROM
THE SUFFOLK SUPERIOR COURT.

NOWN COMES THE PLAINTIFF REQUESTING PROPECTION IN MASSACHUSETTS
INORDER TO BRING FORTH MY LEGAL CIVIL LAW SUIT AGAINST THE UNITED
STATES DEPARTMENT OF VETERANS AFFAIRS. AND TO BRING ALL MY PROPERTY
IN UNIT MANAGER ROBERT MCGRAPHS OFFICE WHICH CONTANINS EVIDENCE IN
MY LEGAL CIVIL CASE AND TO INCLUDE ATTORNEY JAMES A. JOHNSON LISTS
HIMSELF AS A CONTACT NMAE AND TEL # 1 (603) 424-6365 AND HIS WEB SITE
WWW JOHNSONPOLYGRAPH. THIS IS THE RELIEF I REQUEST.

REASON ! AS THE HONORABLE COURT HAS SEEN LT. JAMES JOESPH BROWN IS
    IS GETTING INVOLVED AS THE NHSP TO DELAY MY LEGAL ACTION AND
    TO STOP AND AND ALL CARE IN MY HEALTH PLEASE SEE EXHIBIT (A).

2. ATTY JAMES A. JOHNSON IN FACT GAVE ME A PLOYGRAPH TEST
    TWICE AT WHICH TME HE RAPPED ME IN HIS WINTER COAT AND
    ATTORNEY RANDELL E. WILBERT TURNED UP THER HEAT. AT NO
    TIME DID RANDELL E. WILBERT TELL ATTORNEY JOHNSON THAT
    I A DISABLED VETERAN WITH PTSD OR ANY OTHER VA PROVIDED
    CARE.. RANDELL E, WILBERT DID NOT PROTECT HIS CLIENT AND
    DID INFACT INSTRUCT THE POLYGRAPH TEST THAT IN NO WAY
    COULD I PASS.

RESPECTFULLY SUBMITTED BY:

CHARLES JAY WOLFF

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019        , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk

.9

## Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _17 - 1506_

CHARLES JOY WiLFF , PLAINTIFF(S), 7 0079 - 291 NoRTH STATE STNEE
                                            CiMCoRD, NH- 03301

v.

U.S. DEPT of VETERAN APPOINT, DEFENDANT(S) 81 - VERMONT AVENUE NW,
                                             WNSHINGTN, P.C. 2.420

### SUMMONS

THIS SUMMONS IS DIRECTED TO U.S. DEPT of VETERAN D/Affap (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the
Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been
filed in the SUPP.LM IUPERnn Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide
    the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the
    opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect
    to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an
    extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a
    copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a.  Filing your **signed original** response with the Clerk's Office for Civil Business, SUPP.LM Iup. Court,
    3 PEM BAVVVIx _____ (address), by mail or in person, **AND**

    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following
    address: 281 NoRTH SiDE STREET CuMC.RD, NH- 03.1

3.  **What to include in your response.** An "**Answer**" is one type of response to a Complaint. Your Answer
    must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.
    Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to
    use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are
    based on the same facts or transaction described in the Complaint, then you must include those claims
    in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this
    lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your
    Answer or in a written demand for a jury trial that you must send to the other side and file with the
    court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a
    "**Motion to Dismiss**," if you believe that the complaint is legally invalid or legally insufficient. A Motion
    to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If
    you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions"
    described in the rules of the Court in which the complaint was filed, available at
    www.mass.gov.courts/case-legal-res/rules of court.

4.  **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20_____.

*Michael Joseph Donovan*

Michael Joseph Donovan
Clerk-Magistrate

*Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.*

## PROOF OF SERVICE OF PROCESS

I hereby certify that on JUNE 12TH, 20 19 I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

I HEREBY SERVE THIS SUMMONS ON THE UNITED STATES DEPARTMENT OF VETERAN AFFAIRS 810 VERMONT AVENUE N.W. WASHINGTON D.C. 20420 BY CERTIFIED MAIL RETURN RECIPT.

Dated: JUNE 5TH, 20 19     Signature: X *Charles Jay Wolff.*

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____

First Asst. Clerk

\ 7|11'



12

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**

**SUPERIOR COURT**
**CIVIL ACTION**
**NO. 2017-1506**

### CHARLES JAY WOLFF

**vs.**

### UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

Notice
sent
7|11|17
N·A·S·P
C·T·W
(RR)

### ORDER REQUIRING FILING OF PROOF OF SERVICE OF PROCESS

Plaintiff Wolff has filed a summons that states that he served the summons and complaint

on the Defendant Department of Veterans Affairs, in Washington D.C., by certified mail, return

receipt requested, on June 12, 2016.  See Paper No. 9 on the docket.  Before this lawsuit can

proceed, Mr. Wolff must file proof that the Department of Veterans Affairs received the

summons.  In this case, such proof would likely be the green postal return receipt.  Mr. Wolff is

**ORDERED** to file such proof with the clerk of this court by August 11, 2017.

Paul D. Wilson
Justice of the Superior Court

July 11, 2017

I HEREBY ATTEST AND CERTIFY ON

May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

First Asst. Clerk

**14**

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2017-1506**

Charles Jay Wolff, #70079
        Plaintiff

vs

United States Department of Veterans Affairs
        Defendant

## NOTICE OF WAIVER OF COURT COSTS AND REQUEST
## FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT
## (PURSUANT TO G.L. c. 261 sec. 29)

The prisoner/plaintiff, in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders:

The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis.

By the Court (Wilson,Justice)

Dated: 7/18/2017

BY: *Margaret M. Sellen*
                Assistant Clerk

NOTICE SENT:    07/18/2017
C.J.W.- (Pro Se)

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

      MICHAEL JOSEPH DONOVAN
      CLERK / MAGISTRATE
      SUFFOLK SUPERIOR CIVIL COURT
      DEPARTMENT OF THE TRIAL COURT

BY:
    First Asst. Clerk

| JUDGMENT OF DISMISSAL UNDER STANDING ORDER 1-88 | DOCKET NUMBER<br><br>**1784CV01506** | **Trial Court of Massachusetts**<br>**The Superior Court**   15 |
|---|---|---|
| CASE NAME<br>**Charles J Wolff vs. United States Department of Veterans Affairs** | | Michael Joseph Donovan, Clerk of Court |
| TO:<br>Charles J Wolff<br>New Hampshire State Prison<br>#70079<br>PO Box 14<br>Concord, NH 03302 | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

This action came on before the Court, pursuant to Standing Order 1-88, and it appearing that service of process has not been completed upon the defendant(s) named below, it is **ORDERED and ADJUDGED** that the complaint is hereby dismissed, without prejudice, with respect to said defendant(s).

   **Defendant(s):**   **United States Department of Veterans Affairs**

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:
   First Asst. Clerk

| DATE ISSUED<br>09/15/2017 | CLERK OF COURTS<br>**Michael Joseph Donovan, Clerk of (** | ASSISTANT CLERK<br>X | SESSION PHONE#<br>(617)788-8175 |
|---|---|---|---|

Date/Time Printed: 09-15-2017 11:17:57

SCVI27I 11/2014

THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY  SUPERIOR COURT

1784-CV-01506

CHARLES JAY WOLFF

VS.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

## MOTION

NOW COMES THE PALINTIFF IN THE ABOVE CAPTION MATTER REQUESTING THE HONORABLE SUFFOLK COUNTY SUPERIOR COURT REOPEN THE ABOVE CASE NUMBER, AND TO PROVIDE THE PLAINTIFF A NEW SUMMONS TO BE SENT BY CERTIFIED MAIL TO THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS BY CERTIFIED MAIL RETURN RECEIPT ADDRESSED TO THE HONORABLE COURT. THIS IS THE RELIEF I REQUEST.

REASON 1. THE PLAINTIFF HAS OBTAINED A NEW BLANK CERTIFIED MAIL RETURN RECEIPT (GREEN CARD) WHICH WILL HAVE THE HONORABLE COURTS NAME AND ADDRESS FOR THE RETURN OF THE "GREEN CARD " IN ORDER FOR THE PLAINTIFF TO MOVE FORTH IN HIS ACTION AGAINST THE DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS.

2. THE HONORABLE COURT AND THE PLAINTIFF HAS PUT IN A LOT OF TIME EFFORT TO BRING FORTH THIS ACTION AGAINST THE DEFENDANT FOE WHICH TO PLAINTIFF NEVER RECEIVED THE RETURN OF SERVICE AT THIS LOCATION.

3. THE PLAINTIFF HAS SPENT A GREAT DEAL OF TIME IN PRISON WITHOUT ANY EVIDENCE AT MY TWO TIRALS IN WHICH MY ENTIRE FAMILY EXCLUDING MY THREE WONDERFUL CHILDREN HAS SUFFERED ENOUGH PAIN AND SUFFERING ALL BECAUSE THE UNITED STATES DEPARTMEN TOF VETERNS AFFAIRS FAILED TO VERFIED THE UNSIGNED  LETTER FROM 26 LEDGEWOOD ROAD FRAMINGHAM, MASSACHUSETTS 01701 AND THE SECOND FILLING BY THE CAROL ANN AND DONALD E. GORELICK 6 HORIZONE CIRCILE NASHUA, NEW HAMPSHIRE 03060 IN WHICH THE VA RO BOSTON, MASSACHU_ SETTS SHOULD OF RETURNED THEIR FILLING TO BE FILED IN THE VA MANCHESTER, NEW AHMPSHIRE 03101. THEY ALSO DID NOT AGAIN VERIFY THE FALSE INCOMES.

4. THE PLAINTIFF IS NOT AN ATTORNEY AND HAS LEARN BY HIS ERRORS IN
   FILLING HIS CERTIFIED MAIL RETURN RECEIPT (GREEN CARD WHICH THE
   PLAINTIFF NEVER RECEIVED. THIS TIME I WILL ADDRESS THE RETURN TO
   "SUFFOLK COUNTY SUPERIOR COURT ATTN: CIVIL CLERKS OFFICE ** 12TH
   FLOOR NUMBER THREE PEMBERTON SQUARE BOSTON, MASSACHUSETTS 02108."

                                    RESPECTFULLY SUBMITTED BY:

                                    CHARLES JAY WOLFF

DATE: TUESDAY THE 3RD DAY OF OCTOBER 2017CE

            CHARELS JAY WOLFF
            70079
            SOUTH DIVISION-1A
            281 NORTH STATE STREET
            CONCORD, NEW HAMPSHIRE
                            03301


I HEREBY ATTEST AND CERTIFY ON

May 14, 2019 ___, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE.
AND IN MY LEGAL CUSTODY.

        MICHAEL JOSEPH DONOVAN
        CLERK / MAGISTRATE
        SUFFOLK SUPERIOR CIVIL COURT
        DEPARTMENT OF THE TRIAL COURT
BY:_____

    First Asst. Clerk

THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY

SUPERIOR COURT
CIVIL ACTION N
2017 _CV_ 2017-1506-G

21

12/1

NOTIFY

CHARLES JAY COLES

VS.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

MOTION

LET IT BE KNOWN THAT THE SUMMONS AGAINST THE DEFENDANT THE UNITED
STATES DEPARTMENT OF VETERANS AFFAIRS IS IN THE HONORABLE COURT
SUFFOLK COUNTY SUPERIOR COURT.  THE ~~PLAINTIFF WOULD LIKE THAT~~
~~POIMOGARED COULT AND THE COURT WITH ~~

~~THE SUMMONS~~

THIS IS THE RELIEF I REQUEST.

REASON 1 THE PLAINTIFF RETURNED THE SUMMONS WITH THE INCORRECT GREEN
CARD RETURN RECIPT PROVING MY GOOD INTENTIONS TO PROVIDE THE HONORABLE
SUFFOLK COUNTY SUPERIOR COURT WITH ALL THE DOCUMENTS AS DIRECTED BY
THE HONORABLE CLERKS OFFICE WHICH I SENT BACK TO THE HONORABLE CLERK
OF THE COURT. THE PLAINTIFF DOSE NOT HAVE THE SUMMONS THE HONORABLE COURT
HAS THE SUMMONS.
2. THE PLAINTIFF HAS OBTAINED A FOURTH RETURN RECEIPT CARD AND THE
CERTIFIED MAIL DOCUMENT TO SEND IT TO THE DEFENDENT THE UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS, AND NOW NEEDS A NEW SUMMONS TO DO SO.
I THANK THE HONORABLE COURT AND HIS HONOR PAUL J.
RESPECTFULLY SUBMITTED BY:

WILSON.

DATE MONDAY THE 20TH DAY OF NOVEMBER 2017 CHARLES JAY COLES

CHARLES JAY COLES
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NEW HAMPSHIRE
03301

THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY                                    SUPERIOR COURT

                                                  CIVIL ACTION

                                                  NO. 2017-CV-1586-G

                       CHARLES JAY NOLFE

                            VS.

         UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

                          MOTION

NOW COMES THE PLAINTIFF IN THE ABOVE CAPTION MATTER ADVISING THE
HONORABLE SUFFOLK COUNTY SUPERIOR COURT THAT ON THURSDAY THE 31ST DAY
OF NOVEMBER 2017 THE PLAINTIFF MAIL TO THE SAID DEFENDANT A SUBPOENA
UPON THE SAID DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 VERMONT AVENUE N.W. WASHINGTON, D.C. 20420. THIS IS THE RELIEF I
REQUEST.

REASON 1. THE PLAINTIFF WANTED TO ADVISE THE HONORABLE COURT THAT IN
FACT THE DEFENDANT WAS SERVED BY CERTIFIED MAIL RETURN RECEIPT BY
RETURN RECEIPT ADDRESSED TO THE SUFFOLK COUNTY SUPERIOR COURT ATTN:
ATTORNEY TIMOTHY WALSH SUFFOLK COUNTY SUPERIOR COURT 12 FLOOR CIVIL
CLERKS OFFICE, CLERKS OFFICE THREE PEMBERTON SQUARE BOSTON, MASSACHUSETTS
MA 02108.

                              RESPECTFULLY SUBMITTED BY:

                              *[signature]* Charles J Nolf

                              CHARLES JAY NOLFE

DATE SATURDAY THE 25TH DAY 2017

CHARLES JAY NOLFE
221 NORTH STATE STREET CONCORD, NEW HAMPSHIRE 03301

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019     , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

        MICHAEL JOSEPH DONOVAN
        CLERK / MAGISTRATE
        SUFFOLK SUPERIOR CIVIL COURT
        DEPARTMENT OF THE TRIAL COURT
BY: *[signature]*
    First Asst. Clerk

12/27

ther commonwealth of massachusetts

SUFFOLK COUNTY                                    SUPERIORCOURT
                              NOTIFY           CIVIL ACTION

CHARLES JAY WOLFE

VS.

UNITED STATES DEPARTMENT OF VETERANS AFFIRS        17-1806 C

MOTION

NOW COMES THE PLINTIFF IN THE ABOVE CAPTION MATTER REQUESTIONG THST

HIS HONOR JUSTICE PAUL D. WILSON ISSUE A TYPED ORDER TO "ISSUE" AN ORDER

THAT A NEW SUMMONS BE ISSUED AGAINTS THE DEFENDED THE UNITED SDTATES

DEPARTMENT OF VETERANS AFFIRS. THIS IS THE RELIEF.

REASON. NO DESRESPECT TO THE HONORABLE COURT. THE HAND WRITTEN INSTRUCTIONS

BY HIS HONOR JUSTICE PAUL D. WILSON ARE NOT READ AND ARE JUST PEING

FOWNRED.

2. IN MORE SIMPLE TERMS ONE HAND IS THE DIRECTION AND THE "THER HAND

IS JUST MAILING THE HAND WRITEN NOTES OF HIS HONOR JUSTICEPAUL D.WISON

I NEVER RECEIVED THE CERTIFIED MAIL RETURN RECEIPIT AND OR AND OTHER

DOCUMENS RANY IN THE MAIL EXCEPT THE HAND WRITTEN  DIREC"TO"N DIRECTIONS

BY HIS HONOR PAUL D. WILSON.

3. THE PLANITIFF "OES NOT WANT TO LOOSES MT CASE BECAUSE A PERSON

HAS NOT READ THE HAND WRITTEN INSTRUCTWONS BY HIS HONOR PAUL D. WISON

THIS IS WHY I WANTED TO BE TRANSPOTTED TO THE HONORABLE COURT AND

GET THE JOB DONE.MY_CHILDREN AND I AM THGE VICTOMD NO EVIDEB"D IN MY 7NIALS.

I THANK "OU HIS HONOR JUSTICE PAUL D. WILSON.

NOTICE SENT:        01/25/2018
C.J.W.                                      RESPECTFULLY SUBMITTED BY:
(Pro Se)
                                              Charles Jay Wolfe

                                            CHARLES JAY WOLFE

DATE WEDNESDAY 13TH DAY OF DECEMBER 2017

ALLOWED. CLERK SHALL ISSUE A FORMALY PRINTED
ORDER THAT REFLECTS THE COURT'S HANDWRITTEN
ORDER. ANY VIOLATION OF EITHER ORDER WILL BE
SANCTIONABLE BEFORE THIS COURT.

                    PDRICCUTI, J
                    12/0

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

    MICHAEL JOSEPH DONOVAN
    CLERK / MAGISTRATE
    SUFFOLK SUPERIOR CIVIL COURT
    DEPARTMENT OF THE TRIAL COURT

BY: _____
    First Asst. Clerk

01·10

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK COUNTY

SUPERIOR COURT
CIVIL ACTION
2017 -CV- 2017-1505 -C

23

1/16

CHARLES JAY WOLFF
vs.
UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

MOTION

PLEASE ADVISE IF HIS HONOR JUSTICE PAUL D. WILSON HAS RECEIVED THE CERTIFIED MAIL RETURN RECEIPT FROM THE DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, AND IF NOT PLEASE ADVISE HIS HONOR JUSTICE PAUL D. WILSON THAT I HAVE NOT RECEIVED A NEW SUMMONS FROM HIS HONOR JUSTICE PAUL D. WILSON, THIS IS THE BELIEF I REQUEST.

REASON 1. I DO NOT UNDERSTAND WHY I AM AM HAVING SO MANY PROBLEMS SERVING THE DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS.

2. WHY I HAVE NOT RECEIVED A NEW SUMMONS AGAINST THE SAID DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS.

3. I DO NOT KNOW IF THE HONORABLE COURT HAS RECEIVED THE RETURN RECEIPT FROM THE CERTIFIED MAIL RETURN RECEIPT I MAIL TO THE DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS WHICH I FILED A SUMMONS IN NOVEMBER 2017.

4. I DID RECEIVE A MOTION FROM THE SAID DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS THAT VOWS DOES NOT HANDLE MY NON PAID EDUCATIONAL BENEFITS.

5. AND DO NOT KNOW IF THE SAID DEFENDANT THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS BELIEVES THAT I AM STILL REQUESTING MY NON PAID VETERANS AFF'S NON EDUCATIONAL BENEFITS WHICH I HAVE BEEN REQUESTING SINCE 1971 VA DOCUMENT (S).1971-1971-1972-1973+1974.

6. THE FAILURE OF WAS CONVICTED WITHOUT EVIDENCE AND A VICTOR OF VA AND SENT MASS CHUSETTS LAWS AND THE I WAS DAMAGED, READ TO TRIALS.

DATED TUESDAY THE 25TH DAY
OF DECEMBER 2017

RESPECTFULLY SUBMITTED BY:
Charles J Wolff
CHARLES JAY WOLFF

No action noted as request is moot
No action 1.11.18

Notice Sent
01.10.18 HW
CJW
WHSo
(WWS)

I HEREBY ATTEST AND CERTIFY ON

May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
First Asst. Clerk

Notice Sent 1/6/18 (SM)
AHSP
CW

01·16

COMMONWELTH OF MASSACHUSETTS

4/16
24

SUFFOLK COUNTY

SUPERIOR COURT

CIVIL ACTION

CIVIL DOCKET NO. 17-1506·G

CHARLES JAY WOLFE

VS.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

NOTIFY

MOTION

1. NOW COMES THE PLAINTIFF IS RETURNING THE SAID SUMMONS AGAINST THE SAID
DEFENDANT FOR THE REVERSE SIDE OF THE SUMMONS LACKS THE DATE AND IF
NEEDED THE SIGNATURE OF THE CHIEF JUSTICE HER HONOR JUDITH FABRICANT.

2. THE PALNTIFF REQUETS AN EXRTA THIRTY (30) DAYS TO HAVE THE RETURN OF
SERVICE TO THE HONORABLE SUFFOLK COUNTY SUPERIOR COURT. TILL FEBRUARY 12TH
2018. thjis is the relief i request.

REASON.1. THE PLAOINTIFF IS NOT SURE IF THE CHEIF JUSTICE OF THE SUFFOLK
COUNTY SUPERIOR COURT HAS TO DATE AND SIGN THE SUMMONS BEFORE I HAVE TO
SERVE THE DEFENDANT UNITED STATES DEPARTMENT OF VETERANS AFFAIRS.

   2. I ASK FOR AN EXTRA 30 DAYS INORDER TO HAVE MY RETRUN OR SERVICE
FOR I RECEIVED THESUMMONS ON WEDNESDAY THE 3RD AY OD JANUARY 2018 AND I
STILL HAVE TO SERVE THE SAID DEFENDANT AFTER THE SUMMONMS IS DATED AND
SIGNED BY THE CHIEF JUSTICE HER HONOR JUDITH FABRICANT.

   3. UPON RETURN OFD THE SUMMONS I SHALL
SERVE THE SAID DEFENDANT BY CERTIFIED MAIL        RESPECTFULLY SUBMITTYED BY;
RETUN RECEIPT AND RETURN OF GREEN CARD TO
THE HAONRABLE SUFFOLK COUNTY SUPERIOR COURT.      _Charles Jay Wolfe_
                                                  CHARELS JAY WOLFE

DATE THURSDAY THE 4TH DAY OF JANUARY 2018

CHARLES JAY WOLFF
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NEW. HAMPSHIRE
              03301

DENIED. PLAINTIFF SHALL SERVE THE SUMMONS PROVIDED HIM HEREWITH.
AND Riccard. J
1/12/18.

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE.
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk

## Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _17-1506_

CHAR<u>LES JAY WOLFF 70079</u>, PLAINTIFF(S),

SOUTH DIVISION—1A 281 NORTHSTATE STREET
CONCORD, NEW HAMPSHIRE 03301

UNITED STATES DEPARTMENT.
VETERANS AFFAIRS _____, DEFENDANT(S)

810 VERMONT AVENUE N.W., WASHINGTON, D.C.
20420

### SUMMONS

THIS SUMMONS IS DIRECTED TO <u>U.S. DEPT OF VETERANS AFFAIRS</u>(Defendant's name)  AFFAIRS

You are being sued.  The Plaintiff(s) named above has started a lawsuit against you. A copy of the
Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been
filed in the <u>SUFFOLK COUNTY SUPERIOR COURT</u>  Court. YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.

1.   You must respond to this lawsuit in writing within 20 days. If you do not respond, the court may decide
     the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the
     opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect
     to resolve this matter with the Plaintiff. If you need more time to respond, you may request an
     extension of time in writing from the Court.

2.   How to Respond.  To respond to this lawsuit, you must file a written response with the court and mail a
     copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a.  Filing your signed original response with the Clerk's Office for Civil Business, <u>SUFFOLK county</u> Court,
<u>SUPERIOR COURT</u> (address), by mail or in person, AND CIVIL CLERKS OFFICE 12TH FLOR 3 PEMBERTON
                                                        SQUARE BOSTON, MA02108

   b.  Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following
       address:<u>281 NORTH STATE STREET CONCORD</u>, NEW HAMPSHIRE 03301

3.   What to include in your response. An "Answer" is one type of response to a Complaint. Your Answer
     must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.
     Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to
     use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are
     based on the same facts or transaction described in the Complaint, then you must include those claims
     in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this
     lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your
     Answer or in a written demand for a jury trial that you must send to the other side and file with the
     court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a
     "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion
     to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If
     you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions"
     described in the rules of the Court in which the complaint was filed, available at
     www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20____.

*Michael Joseph Donovan*
Michael Joseph Donovan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on JANUARY 4TH _____, 20_18 I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)): THE PALINTIFF BRINGS FORTH THIS CIVIL ACTION AGAINST THE U NITED STATES DEPARTMENT OF VETERANS AFFAIRS 810 VERMONT AVENUE N.W. WASHINGTON D.C. 20420. THE SAID DEDFENDANT FILED TO VERIFY AN UNSIGNED LETTER DTD (" 3-29-96) AND PUT IN A CHANGE OF ADDRESS TO 26 LEDGEWOOD ROAD FRAMINGHAM. MA 01701 AND THE XWIFE AND HER 3RD OR 4TH HUSBAN FILED FALSE INCOMES WITH THE SAME VA RO BOSTON, MA LIVYING IN NH. IF THER VA DID

Dated: JANUARY 4TH _____, 2018    Signature: _____

VERIFY THE FIRST UNSIGNED LETTER I WOULD OF NOT GONE TO PRISON LOST MY THREE WONDERFUL CHILDREN AND THE THEFT OF APX $389,000.00 OF MY VA DISABLIT PAYMNETS AND USE OF MY VA ID CARD INVAMC JAMICA PLAIN MA AND VAMC MANCHESTRR
N.B. TO PROCESS SERVER:   THIS CIVIL ACTION IS FOR $3,500,000.00 AGAINST SAID DEFENDANT.

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

2/14

2/14

25

THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY

SUPERIOR COURT
CIVIL ACTION
CILVIL DOCKET NO. 17-1506-

CHALRES JAY WOLFF

VS.



UNITED STYATES DEPARTMENT OF VETERANS AFFAIRS

MOTION REF: NO 24

1. REF: HAND WRITEN NOTE (" DENIED SHALL SERVE THE SUMMONS PROVIDED HIM
( FORTHWITH)". THE PALINTIFF RECEIVED THE ORDER BY HIS HONOR MICHAEL D.
RICCIUTI JUSTICE. THE EVEVFOEDPE WEAS PER OPENED IN THE MAIL ROOM AND
AND NOTED IN THE SOUTH DIVISION MAIL LOG. THERE FORE THE PLANITIFF REQUIIST
THE HONORABLE SUFFOLK COUNTY SUPERIOR COURT TO RESEND THE COMPLETED
SUMMOIIS INORDER FRO THE PLAINTIFF TO SERVE THE SAID SUMMONS AGAINST
THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS. FRO EITHOUT THE
SUMMOIIS THE PLAINTIFF CAN NOT SERVED THE SUMMONS AGAINST THE DEFENDAT.
THIS IS THE RELIEF I REQUEST.
REASON1. I CAN NOT SERVE THE FIRST OR SECOND SUMMOPNS
SENT BACII TO THE HONORABLE COURT SUFFOLK COUNTY SUPERIOR COURT WITH
OUT A SUMMOMS FROM THE HONPRAPLE COURT I CAN NOT COMPLETE ORDERED
ORDERED BY HIS HONOR JUSTICE MICKAEL D. RICCIUTI.
2 REASON 2. SS STATED THE MAILK ROOM OPENED THE MAIL FROM THE HONORABLE __
SUFFOLK COUNTY SUPERIOR COURT AND NO SUMMONS WAS FOUND AND NOTERD BY
CORRECTIONS OFFICER COERSS.

RESPECTFULLY SUMITTED BY;
CHARELS JO WOLFF

notice
sent
02.14.18
CJW

DATED FEBRUARY 1ST 2018

CHARLES JAY-WOLFF
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NEW HAMPSHIRE 03301

ALLOWED.

MDRicciut.J
2/14/18 ✓

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK SS.

SUPERIOR COURT
CIVIL ACTIOON
NO. 2017-1506-G

**28**

CHARLES JAY WOLFF

vs.

UNITED STATES DEPARTMENTOF VETERANS AFFAIRS

NOW COMES THE PALINTIFF IN THE ABOVE CAPTION MATTER TO EXPALIN THE
FOLLOWING ISSUSE AT HAND.

1. HER HONOR JUISTICE HIS HONOR MICHAEL D. RICCIUTI WILL BE ABLE TO
UNDERSTAND THE ISSUES AT HAND .

2. HER HONOR JMUSTICE  ROSEMARY CONNOLLY ISSUED AN ORDER ( ~~THE~~ SEC
~~FOLLOWING ORDER (SE DTD 05/17/2017)~~ . .... SERVICE IS TO BEK MADE
UPON EACH DEFENDANT(S) BY MEANS OF CERTIFIED MAIL AT PLAINTIFF'S
EXPENCE, AND YOU MUST RETURN TO THE COUTRT THE ORGIONEL SUMMON WITH
THE GREEN RECEIPT CARD FOR EACH DEFEHDANT. (ROSEMARY CONNOLLY JUSTICE
NOTICE SENT
05/17/2017.'

A. THE PLAINTIFF "WXX DID INFACI" DO AS DIRECTED BYN HER HONPNOT
ROSEMARY CONNOLLY JUSTICE. AND THE HIS HONOR JUSTICE PAUL D.WISLON
TOOKT OVER THE CASE. AGAIN I RECEIVED A NEW SUMMONS THAT WAI NOT
SIGNED BY THE CHIEF JUSTICE AND WAS NOTR DATED TBUSD THE PLAINTIFF
RETURNED THE SECOND SUMMONS REQUIISTIING THAT THE NEW SUMMONS BE SIGNED
BY THI CHIEF JUSTICE AND BE DATED AND W WILL SEND THIS NEW SUMMONS
TO THE DEFENDANT. ALSO HIS HONOR PAUL D. WILSON ORDERED MY NEW CERTIFIED
MAIL AND PER STAMPRED SIX BY NINE INIIH ENVELOPE BE RETUIRNED TO ME
TO REMAIL. I HOPE THS CLEARS THE MATTER WHY I HAVE NOT BE ABLE TO
SERVED THE DEFENDAT THE UNITED STATES DEPARTMENT OF VETERANSA AFFAIRS.
THIS IS THE RELIEF I REQUIIST.

REASON1. THE ABOVE STATED DOCUMENT STATES THE PROBLEMS THAT I HAVE
BEEN HAVING TO SERVE THE DEFENDATNT UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS.

RESPECHULLY SUBMITTED BY:

CHRELS JAT WOLFF

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019
_____ , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
First Asst. Clerk

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Public Docket Report**



| | Ref | Description | Judge |
|---|---|---|---|
| | | **INFORMATIONAL DOCKET ENTRIES** | |
| 5/2017 | | Attorney appearance<br>On this date Pro Se added for Plaintiff Charles Jay Wolff | |
| 05/16/2017 | | Case assigned to:<br>DCM Track A - Average was added on 05/16/2017 | |
| 05/16/2017 | 1 | Affidavit of Indigency and request for waiver substitution of state payment<br>of fees and costs filed without Supplemental affidavit<br>ALLOWED, subject to review by judge | |
| 05/16/2017 | 2 | Original civil complaint filed. | |
| 05/16/2017 | 3 | Civil action cover sheet filed.($3,500,000.00) | |
| 05/17/2017 | 4 | ORDER: To Denise Drury to provide certain information regarding inmate<br>account relative to plaintiff's Motion to waive filing fee and proceed in<br>Forma Pauperis. (Rosemary Connolly, Justice)   Notice Sent<br>05/17/2017 | Connolly |
| 05/17/2017 | 5 | ORDER: After a review of your petition and correspondence, the Court has<br>instructed the Clerk's Office to take the following action: Service is to be<br>made upon defendant(s) by means of certified mail at the plaintiff's<br>expense, and you must return to the court the original summons with the<br>green receipt card for each defendant.   (Rosemary Connolly, Justice)<br>Notice Sent<br>05/17/2017 | Connolly |
| 05/17/2017 | | General correspondence regarding One summons mailed to plaintiff this<br>day | |
| 05/17/2017 | | General correspondence regarding On 05/17/2017, Order P#4 sent to<br>Denise Drury, Inmate Accounts, to fax order to NEW HAMPSHIRE STATE<br>PRISON requesting a canteen account for (6) months. | |
| 05/26/2017 | 6 | Plaintiff Charles Jay Wolff's  Motion to<br>issue a Court order | |
| 06/01/2017 | 7 | Plaintiff Charles Jay Wolff's  Motion to<br>fill out inmate request slip regarding information to the Suffolk<br>Superior Court | |
| 06/07/2017 | 8 | Plaintiff Charles Jay Wolff's  Motion to<br>Request protection from the Suffolk Superior Court | |
| 06/16/2017 | 9 | Service Returned for<br>Defendant United States Department of Veterans Affairs : Service via<br>certified mail; NO RETURN RECEIPT CARD. | |
| 06/30/2017 | 10 | Plaintiff Charles Jay Wolff's  Motion for<br>the status of the above case | |
| 07/05/2017 | 11 | Plaintiff Charles Jay Wolff's  Motion to<br>contact the Warden Zinn 1-603-271-1801 that all my property is with<br>R N manager Robert McGrasis is evidence and will<br>be picked up Massachusetts authorities | |

DATED FEBRUARY 6TH 2018 A TUESDAY

CHARLES JAY WOLFF
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NEW HAMPSHIRE
                03301

## Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _17-1506_

CHARLES JAY WOLFF 70079 , PLAINTIFF(S),

SOUTH DIVISION—1A 281 NORTHSTATE STREET
CONCORD, NEW HAMPSHIRE 03301

UNITED STATES DEPARTMENT
VETERANS AFFAIRS _____ , DEFENDANT(S)

810 VERMONT AVENUE N.W. WASHINGTON, D.C.
20420

### SUMMONS

THIS SUMMONS IS DIRECTED TO U.S. DEPT OF VETERANS AFFAIRS (Defendant's name) AFFAIRS

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the SUFFOLK COUNTY SUPERIOR COURT Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
    a.  Filing your signed original response with the Clerk's Office for Civil Business, SUFFOLK County Court, SUPERIOR COURT (address), by mail or in person, AND CIVIL CLERKS OFFICE 12TH FLOR 3 PEMBERTON SQUARE BOSTON, MA02108
    b.  Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: 281 NORTH STATE STREET CONCORD, NEW HAMPSHIRE 03301

3.  **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

I HEREBY ATTEST AND CERTIFY ON
May 15, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

COMMOTHWEALTH OF MASSACHUSETTS

SUFFLOK COUNTY SUPERIOR COURT

1784-CV-WOLFF, CHARLES JAY VS. UNITED STATES DEPARTMENT OF VETERANS AFFIARS

MOTION

NOW COMES THE PLAINTIFF RESQEATING POINT OF INFORMATION. THE PLAINTIFF

REQUEST THAT UPON IF IT HAPPENS THE SAID DEFENDANT FILES A MOTION

TO DISMISS MY LEGAL ATION AGAINST THE SAID DEFENDANT THE PLANTIFF

WISHES TO FILE A MOTION NO TO ALLOW THE SAID DEFENDANTS MOTION AND

TO FOWARD A GREEN CARD CERTIFIED MAIL RETURN RECEIPT TO THE HONORABLE

SUFFOLK COUNTY SUPEROR COURT AND TO BE MAILED POST PAID BACK TO THE

SAID DEFENDANT WITH THE RETURN BE ADDRESSED TO THE SUFFOLK COUNTY

SUPERIOR COURT CIVIL BUSINESS 12 FLOOR THREE PEMBERTON SQUARE BOSTON,

MASSACHUSETTS 02018. TJIS IS THE RELIEF I REQUEST.

REASON 1. THE PLAINTIFF WANTS THE SAID DEFENDANT TO RECEIVE MY

MOTION NOT TO ALLOW THE SAID DEFENDANT TO DENIE MY CIVIL

CASE AGAINST THE SAID DEFENDANT AND TO PROVE THAT MY

MOTION TO ARRIVE AT THE SAID DEFENDANTS ADDRESS 810

VERMONT AVENUE N.W. WASHINGTON, D.C. 20420.

RESPECTFULLY SUMITTED BY:

*Charles Jay Wolff*

CHARLES JAY WOLFF

DATE TUESDAY THE 19TH DAY OF JUNE 2018

CHARLES JAY WOLFF
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NEW HAMPSHIRE
                        03301

**NOTIFY**

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019  THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:
First Asst. Clerk

CHARLES JAY WOLFF
70079
SOUTH DIVISION-1A
281 NORTH STATE STREET
CONCORD, NH-03301

RECEIVED
JUL 9 2018
SUPERIOR COURT-CIVIL
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

31

17-1506G

TUESDAY THE 3RD DAY OF JULY 2018

DEAR HONORABLE CLERK,

I AM BETWEEN A ROCK AND A HARD PLACE. WE HAVE NOT HAD A RESIDENT ATTORNEY SINCE MID 2006.

HER HONOR ROSEMARY CONNOLLY JUSTICE WROTE. "ALL PROCESS SHALL BE SERVED IN ACCORDANCE WITH MASS RCRU'S" IS IT AT ALL POSSIBLITY TO OBTAIN (FREE, SINCE I HAVE NO SPARE FUNDS) WOULD IT BE POSSIBLE TO FOWARD A FREE BOOK OF THE (MA ITEM STATE OF MASSACHUSETTS) OF THE MASSACHUSETTS RULES OF SUFFOLK COUNTY SUPERIOR COURT, SO I WILL BE ABLE TO COMPLY WITH HER HONOR ROSEMARY CONNOLLY

JUST ORDER

THANK YOU
Sincerely, Gratefully
Charles Jay Wolff

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019          , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk



# NOTIFY

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**

**SUPERIOR COURT**
**CIVIL ACTION**
**NO. 2017-1506**

### CHARLES JAY WOLFF

#### vs.

### UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

### ORDER CONCERNING FILING AND SERVICE OF MOTIONS

In response to a recent order by Judge Connolly, requiring that plaintiff comply with the Massachusetts Rules of Civil Procedure in filing and serving papers in this lawsuit, plaintiff has written a letter to the clerk of this court, asking for a copy of those rules. It appears that plaintiff did not send a copy of his letter to defendant.

Plaintiff is representing himself in this lawsuit. Having made that choice, plaintiff is required to educate himself about the rules that apply to all parties in a lawsuit, and the substance of the claims that he has brought. "Notwithstanding the petitioner's pro se status, we hold him to the same standards applicable to litigants represented by counsel" when asking a court for substantive relief. Baldyga v. Dudley Div. of the Dist. Court Dept., 449 Mass.1012, 1013 n.2 (2007)(rescript); see also Brossard v. West Roxbury Div. of the Dist. Court Dept., 417 Mass. 183 (to the same effect concerning a pro se party's compliance with procedural rules).

One of the most basic rules is that, with rare exceptions, a party to a lawsuit cannot send any communication to the court without sending a copy of that communication to his opponent. Therefore I **ORDER** the clerk to return to plaintiff any motion, letter, or other communication



that he sends to the court without sending a copy to defendant's lawyer, or, if defendant is not represented by counsel, directly to defendant.

As to the request in plaintiff's recent letter to the clerk, the court cannot send plaintiff a copy of the Rules of Civil Procedure, because: (1) no funds are available for this purpose; (2) because, like any attorney representing a client in this court, plaintiff is responsible for educating himself about the applicable rules, rather than asking the court to educate him. However, the Massachusetts Rules of Civil Procedure are available online at https://www.mass.gov/law-library/massachusetts-rules-of-civil-procedure. Judge Connolly's order specifically referred plaintiff to Rule 5 of those rules, which plaintiff should read, as well as making himself familiar with any other rules that might apply to this case as it progresses. Also applicable to the service and filing of papers with the court are the Rules of the Massachusetts Superior Court, which are available online at https://www.mass.gov/law-library/massachusetts-superior-court-rules. Plaintiff should pay special attention to Rule 9A of those rules, and should also make himself familiar with all other rules that might apply to this case as it progresses. If plaintiff continues to fail to comply with the rules of this court, his complaint may be dismissed.

**So ordered.**

Paul D. Wilson
Justice of the Superior Court

July 26, 2018

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
First Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY- SS,

SUPERIOR COURT

WOLFF, CHARLES JAY VS. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS-G

MOTION. THE PALINTIFF REQUEST A WRIT AGAINST UNITED

STATES DEAPRTMENT OF VETERANS AFFAIRS BE ISSUED

FOR PAYMNET OF $3,500,000.00 TO CHARLES JAY WOLFF

-70079 281 NORTH STATE STREET CONCORD, NEW

HAMPSHIRE 03301.

NOW COMES THE PALINTIFF IN THE ABOVE MATTER REQUESTING THAT HER HONOR JUSTICE

ROSEMARY CONNOLLY OR COLLEAGUE A WRIT FOR $3,500.000.00 AGAINST THE UNITED STATES

DEPARTMENT OF VETERANS AFFAIRS. TO CHARLES JAY WOLFF -70079 SOUTH DIVISION-1A

281 NORTH STATE STREET CONCORD, NEW HAMPSHIRE 03301 AS PAYMNET IN THE ABOVE CAPTION

MATTER. THIS IS THE RELIEF I REQUEST.

REASON 1.   ON  MONDAY THE 13TH DAY OF AUGUST THE PLAINTIFF FILE A MOTION "FOR DEAMND".

AS OF OCTOBER 30TH 2018 THE PLAINTIFF HAS NOT RECEIVED ANY CORRESPONDENCE

FROM THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS OR FROM THE HONORABLE

SUFFOLK COUNTY SUPERIOR COURT.

2.   IT SEAMS THAT THE DEFENDANT UNITED STATES DEAPRTMENT OF VETERANS AFFAIRS

HAS TAKEN NO INTREST IN THIS CIVIL ACTION AGAINST THEM.

RESPECTFULLY SUBMITTED BY:

CHARLES JAY WOLFF

TUESDAY THE 30TH DAY OF OCTOBER 2018

CHARLES JAY WOLFF
70079
SOUTH DIVIDON-1A
281 NORTH STATE STREET
CONCORD, NEW HAMPSHIRE.
          03301

PHOTO COPY MADE AND SENT TO UNITED STATES DEPARTMENT OF VETERANS AFFAIRS 810 VERMONT

AVENUE WASHINGTON, D.C. 20420 POST PAID THIS TUESDAY THE 30TH DAY OF OCTOBER 2018.

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019
              , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:
First Asst. Clerk

**41**

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

SUFFOLK, ss.

CHARLES JAY WOLFF,                    )

    Plaintiff,                         )      SUFFOLK COUNTY
                                       )      SUPERIOR COURT
    v.                                 )      CIVIL ACTION NO.: 17-1506B
                                       )      US Dist # 19-cv- 10773
UNITED STATES DEPARTMENT               )
OF VETERANSS AFFAIRS,                  )
                                       )
    Defendant.                         )
                                       )

> SUFFOLK SUPERIOR COURT
> CIVIL CLERK'S OFFICE
> FILED
>
> APR 29 2019
>
> MICHAEL JOSEPH DONOVAN
> CLERK OF COURT

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

TO:   Charles Jay Wolff
       281 North State Street
       Concord, NH   03301

     PLEASE TAKE NOTICE that on April 19, 2019, Defendant United States Department of

Veterans Affairs, through its attorney, Andrew E. Lelling, United States Attorney for the District

of Massachusetts, filed a Notice of Removal of this action with the United States District Court

for the District of Massachusetts.   A certified copy of the Notice of Removal is attached hereto.

I HEREBY ATTEST AND CERTIFY ON
May 14, 2019
           , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

    MICHAEL JOSEPH DONOVAN
    CLERK / MAGISTRATE
    SUFFOLK SUPERIOR CIVIL COURT
    DEPARTMENT OF THE TRIAL COURT
BY:
    First Asst. Clerk

Dated: April 24, 2019

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

*/s/ Michael Sady*
Michael Sady (BBO# 552934)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
michael.sady@usdoj.gov



Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts
By: _____
'Deputy Clerk

Date: 04/19/2019

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES JAY WOLFF,                     )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )          CIVIL ACTION NO.:
                                       )
UNITED STATES DEPARTMENT               )
OF VETERANS AFFAIRS,                   )
                                       )
        Defendant.                     )

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS**

The defendant, United States Department of Veterans Affairs ("VA"), by and through its

attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby

gives notice pursuant to 28 U.S.C. § 1442 of his removal of this lawsuit to the United States

District Court for the District of Massachusetts.

As grounds for the removal, the defendant states that, to the extent a cause of action can

be discerned from the Complaint, this is an action against the VA apparently claiming that

Plaintiff is a victim of social security disability fraud which the VA should have recognized and

stopped. *See* Complaint, pp. 9-12.   Plaintiff, a resident of New Hampshire, also asserts claims

against the State of New Hampshire for his conviction without evidence. *Id.,* p. 3.   A copy of

the Complaint is submitted herewith.

Removal may be brought pursuant to 28 U.S.C. § 1442(a)(1) as it appears to be a civil

action of which the federal district courts have original jurisdiction founded on a claim or right

arising under the Constitution, treaties or laws of the United States and is a claim raised against a

federal agency, the VA.

WHEREFORE, this action now pending in the Suffolk County Superior Court, Suffolk

County, Civil Action No. 17-1506B is properly removed pursuant to 28 U.S.C. §§ 1442, 1446.

By filing this removal, Defendant does not waive any of its rights or defenses, including, without limitation, proper service pursuant to Fed. R. Civ. P. 4.

A true and accurate copy of the Complaint is filed herewith.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:     /s/ Michael Sady
        Michael Sady, B.B.O. #552934
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3362
Dated: April 19, 2019      michael.sady@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to pro se plaintiff, Charles Jay Wolff, 281 North State Street, Concord NH 03301, via first class mail.

/s/ Michael Sady
Michael Sady
Dated: April 19, 2019      Assistant United States Attorney

2